

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GEORGE HAMILTON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRED D. HILDEBRAND, et al., )<br>    Defendants. ) | Civil Action No. 7:12-cv-00213<br><br>**ORDER**<br><br>By:   Hon. Jackson L. Kiser<br>         Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of June, 2012.

                                                    Senior United States District Judge